# CARL A.R. HITLER

## V.

# PEOPLE OF THE UNITED STATES: HEAVEN ON EARTH UTOPIA PARADISE

## (CLASS ACTION LAWSUIT)

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

# PETITION NOTICE OF THE UNITED STATES DEPARTMENT OF DEFENSE MISSION TO ESTABLISH HEAVEN ON EARTH UTOPIA PARADISE

"The (U.S.) Armies of heaven followed him, riding on white horses and dressed in clean white linen," Revelation 19:14.

The United States Department of Defense delegating mission and duty has always been to bring and establish Heaven on Earth Utopia Paradise. The compelling purpose of the United States Military was to protect the Holy Bible in the language of understanding for all people by using laws such as Copy Rights, Trademarks, Library of Congress protecting a collection

of books of different arrangements for holding books of Religions, History, Advance Science technology, social science, medicine, Law, and human knowledge of facts pertaining to any department of the human mind or all that matter in our skill resulting from education and training. The mission behind God the father, Son and Holy Spirit can be summed up in the compelling purpose of making the Holy scriptures readily available to all people throughout the Universe which is the whole body of things observed created by you and God the Father, Son and Holy Spirit(s), making the living Word of God's Law more easily available to all. The Holy Bible is God's living language of Law of every day use created by you in hundreds of languages growing each and every year. Our Mission has been the distribution and supply of the Holy Bible to be within the reach of all people. No military task in our call of duty is more important than reaching each and every person young or old on earth with the Word of God. "Then I saw a new heaven and a new earth. The first heaven and the first

earth disappeared and the sea vanished."
Revelation 21:1 The military's indirect
mission protecting the First Amendment
providing reasonable opportunities
for all to exercise their religious
freedom. The right of the free exercise
of religion is the acknowledgment and
obligation to GOD's true protected
perfect Loooove devoting our lifes
of complete believe, honoring others
with divine love and respect. "Dear
friends, let us love one another, because
love comes from GOD. Whoever loves is a
child of GOD and knows GOD." 1 John 4:7.
The U.S. Department of Defense within
its Army has had Military Regiments
such as the U.S. Army Corps of Engineers,
U.S. Army of Georgia, U.S. Army of Invasion,
U.S. Army of Northern Virginia, U.S. Army
of Observation, U.S. Army of the Cumberland,
U.S. Army of the James, U.S. Army of the
Mississippi, U.S. Army of the Ohio, U.S.
Army of the Potomac, U.S. Army of the
Tennessee, U.S. Army of Virginia, and

the U.S. Army of the LORD which was
established on or about the early 1800's
to bring Heaven on Earth Utopia Paradise as
a large part of the Military's mission. On
or about 1861 U.S. Army Chaplain Crane
in early August handed Colonel U.S. Grant
a copy of the Daily Missouri Democrat
and stated that he made the rank of
Brigadier General, thereafter I do believe
General Ulysses S. Grant and Chaplain Crane
prayed that him and his soldiers were protected
with the Soldiers Armor of the LORD.
General Grant and regimental chaplain James
L. Crane had an intimate friendship that
helped the U.S. Army have victory of the
War later in history. Another man of God
with the LORD'S salvation was General L.
Polk who attended West Point who became
a Episcopal Bishop in Louisiana. When the
War started General Polk taken command of a
regiment and was called the Fighting Bishop.
"Now we know that everything in Law
applies to those who live under the Law,
in order to stop all human excuses

(4)

and bring the whole world under God's judgement." Romans 3:19. The free exercise of Religion is also guaranteed by the Religious freedom Restoration Act. Maddox v. Love, 655 I 3d 709 (7th Cir 2011). When thier is no military chaplain then the LORD chosens one that promotes himself to conduct services in the battle field at my discretion as a qualified minister to the religious needs of the U.S. Military Selective Service Armed Forces for the specific call of Duty. Therefore I determined and proved my qualifications conducting such religious services whenever possible as many soldiers seeked my advise and counsel of Salvation & Perfect, Protected True Loooooove, obtaining victory overcoming the enemy as the Five Star General Carl A.R. Hitler with the Chief Warrant Officer Five Gary Ellis and or Jesus Christ the LORD of his Army with all of his soldiers in the U.S. Army of the LORD. "Because of the LORD's great love we are not consumed, for

(5)

his compassions never fail. Lamentations 3:22

When I enlisted in the Armed Forces at the age of Eighteen I was required to take a specified oath, and such oath must be taken before the President, the Vice-President the Secretary of Defense, any commissioned officer, or any other person designated under regulations prescribed by the Secretary of Defense. The taking of the oath was a pivotal fact in forever changing my life and individual status from a U.S. civilian citizen to a U.S. Department of Defense Armed Forces Military Air Force Service member Airman. The enlistment and the taking of the prescribed oath subjectively me the enlistee to the orders and discipline prescribed for the United States of serving GOD (the father, Son and Holy Spirto) County (and or all State Nations), Family (and or All Families) with Honor. Although the oath of allegiance

6

essential of all the facts of enlistment
that are inferred where it appears
a soldier of the U.S. Army of the
LORD sometimes must go above and
beyond the call of duty acting as
such and receiving pay as a soldier
of the U.S. Army of the LORD. Hence
it may fairly be said that either
recipt of pay or enlistment
determines the military status
of a soldier in the Army of the
LORD and that the reading of the
the training regulations, U.C.M.J., accepting
the LORD's Salvation with perfect
Protected True Loooooove is a
requirement duty of all soldiers
including the U.S. Military
Selective Service soldiers of the
U.S. Army of the LORD. No soldier
liable for his training and service
under the Military Selective Service
Act may furnish a substitute
for that training or service and
no soldier of the U.S. Army of the

(7)

LORD may be enlisted, inducted or appointed in an Armed Force as a substitute for another. Therefore a clean chain of Command has been established without any break in U.S. Military Service. As a service-connected service member from Active Duty Military Service based on the U.C.M.J's legal requirements of the regulations I have always been allowed to activate myself Active Duty or put on Inactive Reserve status therefore becoming the Five Star General of the U.S. Army of the LORD on 4 May 2015 is the highest U.S. Position as the only legal standing Commander and Chief and a short time later confirming this with the 2016 U.S. Presidential Election has incriminated all who have acted fraudulently upon you and your love ones but strengthening the perfect Protection of true Looooove of the strongest enduring power bringing solidity with measurable force of numbers by the U.S. Army of the LORD soldiers

(3)

established and perfected and named many times "Heaven on Earth Utopia Paradise." "So from the root Springs lighter the green stalk, from thence the leaves More airy, last the bright consummate flower Spirits odorous breathes: flowers and their fruit Man's nourishment, by gradual scale sublimed.

Paradise Lost 5.479-84

Thanks to all of you including all the soldiers of the U.S. Army of the LORD this Paradise can never be gone from our most strongest hold of Perfect protected True Loooooove! as we must always work, play and pray together so we can always be together with all having the LORD's salvation and nothing ruined alienated without Fraud, waste and or Abuse and never War, we shall never have a Lost Heaven on Earth Utopia Paradise!

19 August 2020

See: Exhibit "A"

CARL A.R. HITLER
U.S. General, Chief JAG
U.S.M.C.

At Your Service

# AMENDMENT TO PETITION
## NOTICE DATED: 8/19/2020

On 5/4/15 when I was promoted
to the most highest position and or
rank of the United States government
offices, the LORD Jesus Christ AKA:
Gary Ellis was promoted automatically
to the second highest position as Chief
Warrant Officier Five and I became
his Five Star General of the U.S.
Army of the LORD establishing
the true military correct Commander
and chief, U.S. Department of Defense
office. All legal requirements of the
United States U.C.M.J. and or the
Uniform Code of Military Justice
regulations, U.S. Department of
Defense Armed Forces laws
including mannels prescibed,

(1)

under all statute of laws enacted
by all legislative body notwithstanding
the Military Selective Service Act,
have been established with perfect
protected true love of all people to
benifit confirming evidence of ratification
to completly approve and protecting
through the endless ages of eternally
in the rite of admission to all the
privileges of Heaven on Earth Utopia
Paradise when all people that matter
re-establish a correct accurate
respectful Clean Chain of Command
without Fraud, Waste and Abuse and
never War without any period of
declared armed fighting between
states or nations including hostility
conflict without genocide that is
my Warcry for a Perfect, Protected
with True Loooooove Heaven on Earth
Utopia Paradise for all that matters
as Law with the LORD's Salvation
including his true divine LOVE

"......He loves us, and by his sacrificial
death he has freed us from our sins
and made us a kingdom of priests
to serve his God and Father. To
Jesus Christ be the glory and power
forever and ever! Amen"
                Revelation 1:5-6
Establishing the most highest
strongest powerful U.S. Law
created by the LORD and his
General Carl A.R. Hitler:
{ U.S. CATHOLIC,
U.C.M.J & INDIAN TRIBAL
COUNCIL ACT. }

           Our freedom was brought at
the terrible price of the lives of
countless brave soldiers of the
U.S. Army of the LORD. But what
if we had been too afraid to
fight? The Evildoers would still
be in power. Much of this civilized

②

Earth would be in ruins. We would be isolated and eventually destroyed.

The act of being part of the United States as a man whether you are a guest, visiting, on a visa program, a natural citizen or a U.S. citizen is an implied contract at the very least in our U.S. Military Selective Service Regiment and confirmed in the U.S. Catholic, U.C.M.J. & Indian Tribal Council Act. Therefore as it is reconfirmed all men on Earth are required to provide one another services of respectifully helping one another. "As I have loved you, so you must love one another." John 13:34 "Love your neighbor as yourself." Mark 12:31 By automatic logical understanding of both the U.S. Military Selective Service Act, & the U.S. Catholic, U.C.M.J. & Indian Tribal Council Act. every man becomes a soldier in the U.S. Army of the LORD Regiment. according to the U.C.M.J. regulation manuel. His relations to all states and or nations to the public at the age of eighteen are changed, he acquires a new status

(4)

with corretative rights and duties,
and although he may violate his implied
contract obligations and be subject
to the U.C.M.J. just as myself
and Donald Trump are subject to
the highest military Law. Therefore,
the status of all military men in the
United States whether they violate
a criminal law does not release them
from being the status of a soldier that
required obligation is unchanged.
Therefore a U.S. Military Selective
Service Soldier can additinally enlist
in a organized state militia in times
of peace which is nothing more than
an additional ordinary contract, and
does not effect a change of status,
thereby making the enlisted person subject
to such laws as may thereafter be
enacted governing the militia and the
state has no power by the repeal of the
law under which it was entered into which
is the measure of the rights and obligations
of the parties thereto, and the substinution
of another law in its stead to impose
upon the other contracting party more
onerous conditions and obligations than
those to which he has given his assent.

(5)

See: Andrews v. State, 53 Ariz 475, 90 P 2d. 995 (1939). U.S. Grimley 137 U.S. 147, 11 S. Ct. 54, 34 L. Ed. 636 (1890). State v. Fisher, 174 Minn. 92 218 N.W. 542 (1928). 32 U.S.C.A. 302.

Military service is based on a duty owed to the sovereign may be compulsory and cannot be terminated at will. By statute, the state may require person to perform military service. Men liable for service in the militia are subject to any exemption provided by federal or state law. As a ordained Catholic Father and Ordained Minister in the Church in God in Christ since a youth my ministry has been all the theological or divinty teachings of my LORD Jesus Christ Jesus AKA. Gary Ellis found in the New Testiment Holy Bible. with the U.S. Department of Defense mission of establishing Heaven on Earth Utopia Paradise. Therefore the U.S. Catholic, U.C.M.J. & Indian Tribal Council Act. establishes the U.S. Most Supreme Catholic, U.C.M.J., Indian Tribal Council Court, and making myself the Most Honorable Military Judge Chaplian Five Star General on the bench of the highest U.S. Court of LAW

(6)

Therefore, if I am the Five Star General which I am as a Religious Chaplian in the U.S. Armed Forces I am commanding the highest sequence of law which is the divine religious acknowledgement of our obligation to God's living word of Law. Furthermore, the chronological order of historical events and or successions chain of progression of the highest spiritual laws establishes a clean chain of command that must be protected, with perfection and the most truthness love of God's Law. Additionally the U.S. Catholic, U.C.M.J. Indian Tribal Council Act. establishes the U.S. Indian Tribal Bar Council & the U.S. Indian Tribal Congressional & Senate Council. "Now we know that whatever the law says, it says to those who are under the law, so that every mouth may be silenced and the whole world held accountable to God. Therefore no one will be declared righteous in God's sight by the works of the law rather through the law we become conscious of our sin." Romans 3:19-20.

    Military service is based on a duty owed to the sovereign, may be compulsory, and cannot be terminated at will.

(7)

Servicemen liable for service in the militia are, subject to any exemptions provided by federal or state laws and regulations. of the United States. All of our members of the U.S. Military Selective Service & State Military Reserve are subject to be ordered and or drafted to active duty during times of conflicts and other emergencies. The U.S. Laws provides that the Commander and Chief may call forth the militia to execute the law. The Uniform Code of Military Justice provides the Commander and Chief may by proclamation declare any part of the state and or nation may be drafted or ordered into active service into a decription of the active militia deems necessary, to serve for a term and under the command of any officer to satisfy the mission. The soldier must understand that there is hope in Christ Salvation does not come by keeping laws or being good or just doing good works but only through belief, trust, confidence, conviction with strict adherence to duty with a pledged of honor in Jesus Christ. All have sinned but anyone who receives

(8)

Christ can be forgiven and accepted by God as righteous, for thier military commitment in the U.S. Army of the LORD. "Therefore there is now no condemnation for those who are in Christ Jesus because through Christ Jesus the law of the Spirit who gives life has set you free from the law of sin and death." Romans 8:1-2 Thank You all of the soldiers of the U.S. Army of the LORD that have established Heaven on Earth Utopia Paradise. "I write these things to you who believe in the name of the Son of God so that you may know that you have eternal life." 1 John 5:13

8/24/20

CARL A. R. HITLER
General, Chief JAG
U.S. M.C.

See: Exhibit "A"

Dirtbike
Rx-7 coupe    new Coupe    new Camaro  mercedes
            SSC        Logo  stitching benz
Boxxin    Dream team    crew & a boss 46    Audi
streetbike
Camaro    More  than  a  brand  tracks
ninja    check  the  label    *Dirtbike
Bike                        *ninja
Hoop              so saucy        so saucy
        Gucci    Stunna's    Polo or Kangol
24hour    Puma                Apparel
fitness   nike    Designer
B-ball    fila        Belts    burlington
court                        Dallas    C.V.S
                                D.U  discount

        baby 45 with a stick
        380 with a stick

s-curl    1) G.T Bike, Bike lock, Peg's
Bike      T.D
a.percard S.S.I    Decathlon or online
wallet    Foodstamps    Bike store next to
Phone     medical        Richmond Bart
The       social security card Dentist, Doctor
medicure  D.M.V library card alarm clock, radio
&         Bart card-ticket
Pedicure  1) Job, Safeway, guardcard, barber
Backpack  School, Indeed APP, shoe stive, sae music school
Metal Pic
Super-gro Note Pads, liner's, shoe's, 5 pair of Jeans
Ski-mask  Pencils & Pen's, hoody, coat, cann.bis club card
Gloue's   I-Pod & good headphones

**SECOND NOTICE**

Carl Renowitzky          PFN: BCT175          H/U 9 A 05

RETURN TO INMATE

Mr. Renowitzky,

Please use a standard Post Office envelope for mailing correspondence.  If you do not have money to purchase envelopes from Commissary you can order an **SRJ Maintenance Kit** from Commissary.  The SRJ Maintenance Kit includes pencil, standard mailing envelope w/stamp, and paper.


All future letters/correspondence submitted in a handmade envelope to be mailed via the U.S. Postal Service will be destroyed.


Thank you.


Inmate Services

## ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM
[ ] Santa Rita Jail   [ ] Glenn E. Dyer Detention Facility

ADA RELATED

NAME: _____ PFN: _____ DATE: _____ HU/FLOOR_____

*Only one grievance issue per form ---- (Subject to refusal if failure to comply)* **DATE GRIEVANCE OCCURRED**_____

**Grievance Details:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INMATE SIGNATURE:** _____

*By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPAA rights. If you disagree with this, you must indicate so in your grievance.*

***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
***DO NOT WRITE BELOW THIS LINE***

**Received by Deputy:** _____ **Badge#**_____ **Date:** _____

**[ ] Resolved at Deputy Level**          **Inmate Acceptance (*Signature*)** _____

**[ ] Cannot be resolved at Deputy Level**   **Grievance Tracking Number:** _____

                                          **PREA Tracking Number:** _____

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

Copies: White-Staff
       Pink-Inmate

ML-51 (rev 03/19)

# ALAMEDA COUNTY SHERIFF'S OFFICE
# INMATE GRIEVANCE FORM
### [ ] Santa Rita Jail   [ ] Glenn E. Dyer Detention Facility

[ ] **ADA RELATED**

**NAME:** _____ **PFN:** _____ **DATE:** _____ **HU/FLOOR** _____

*Only one grievance issue per form ---- (Subject to refusal if failure to comply)* **DATE GRIEVANCE OCCURRED** _____

**Grievance Details:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INMATE SIGNATURE:** _____

*By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPAA rights. If you disagree with this, you must indicate so in your grievance.*

### ***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
### ***DO NOT WRITE BELOW THIS LINE***

**Received by Deputy:** _____ **Badge#** _____ **Date:** _____

[ ] **Resolved at Deputy Level**        **Inmate Acceptance (*Signature*)** _____

[ ] **Cannot be resolved at Deputy Level**    **Grievance Tracking Number:** _____

**PREA Tracking Number:** _____

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

Copies: White-Staff
       Pink-Inmate

ML-51 (rev 03/19)



# ALAMEDA COUNTY SHERIFF'S OFFICE
## Medical Request Form

**[Forma de la Petición de los Servicios Médicos]**

- *Inmate – do not write in shaded area. [El Interno – no escribe en área sombreada.]*
- *Place this form in the sick call box or give it to medical staff. [Ponea esta forma en la caja enferma de la llamada o darla al personal médico.]*
- *If you do not complete all information, your appointment may be delayed. [Si usted no termina toda la información, su cita puede ser retrasada.]*
- *A copy will be given to you after the visit. [Una copia le será dada después de la visita.]*
- *You may be charged $3.00 for each health care visit. [Usted puede ser cargado $3.00 para cada visita del cuidado médico.]*

**Date/Time Form Submitted to Clinical Staff by Inmate:**

_____ / _____

| DATE [FECHA] | NAME [NOMBRE]: LAST [PASADO]   FIRST [PRIMERO]   MIDDLE [MEDIO] | DOB [NACIMIENTO] | PFN [ID] |
|---|---|---|---|

**HOUSING LOCATION** [LOCALIZACIÓN DE LA CUBIERTA]

| SRJ: UNIT [UNIDAD]   POD/CELL [CELULA] | GDDF: FLOOR [PISO]   POD/CELL [CELULA] |
|---|---|

**CO-PAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. _____ Patient not seen: _____ NIC _____ DUPLICATE _____ NO SHOW _____ REFUSED _____ OTA
2. _____ Visit was for diagnosis or treatment of communicable disease condition.
3. _____ Visit was for a follow-up requested by the clinician.
4. _____ Visit was NOT exempt from co-payment. Send ORIGINAL WHITE page to Accounting.

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | DATE |
|---|---|---|

| Inmate's Signature [Firma Del Interno] | Patient Refused to Sign ☐ | Witness if Patient Refused to Sign |
|---|---|---|

# Restless
# Spirits

In China, ancient human
sacrifice has given way to modern
tomb-tending ceremonies,
but the dead still make demands.



TANG TOMB GUARD
A.D. 618–906 • 26 INCHES



Ghost warriors, sculpted 2,200 years ago to
accompany China's first emperor into eternity,
were to serve in a carefully planned afterlife—
along with bureaucrats, beasts, and entertainers.



research by Mark Humayun, an ophthalmologist at the University of Southern California and a company called Second Sight.

As is common with this disease, part of an inner layer of her retina had survived. This layer, filled with bipolar and ganglion cells, normally gathers signals from outer rods and cones and passes them to fibers that fuse into the optic nerve. No one knew what language the inner retina sp or how to feed it images it could underst But in 1992, Humayun began laying, for a time, a tiny electrode array on the retina patients undergoing surgery for other

"We asked them to follow a dot, could," he says. "They could see they could see columns." After anothe of testing, Humayun and his colleagu oped a system they dubbed Argus. (Gr ology. A giant. Hundreds of eyes.) P: ie a pair of dark glasses with a tiny video camer mounted on them, along with a radio transmitter. Video signals were beamed to a con puter worn on a belt, translated to electrica

impulse patterns understood by ganglion cells, and then beamed to a receiver resting behind the ear. From there a wire took them inside the eye, to a square array of 16 electrodes gently attached to the retinal surface. The impulses triggered the electrodes. The electrodes triggered the cells. Then the brain did the rest, enabling these first patients to see edges and some coarse shapes.

In the fall of 2006 Humayun, Second Sight, nd an international team increased the elec roc's in the array to 60. Like a camera with pixels, the new array produced a sharper Lewis, from Rockwall, Texas, was among to get one. "Now I'm able to see silhou trees again," she says. "That's one of the ings I remember seeing naturally. Today I see limbs sticking out this way and that." shing the neural prosthetic concept further, beginning to use it on the brain is behind a project called Brain empting to wire the motor cortex of immobilized patients directly into a

# Engineering Bionic Skin

**WITHIN 20 YEARS, ARTIFICIAL LIMBS COULD HAVE SKIN AT SENSES TEMPERATURE AND TOUCH.**



**1** CARBON NANOTUBES are dispersed in a flexible polymer composite skin.

**2** SENSORS distinguish between temperature and pressure.

**3** SENSATIONS are picked up by the active endings of living nerves.

Thermal sensor

Implanted artificial hair

Pressure sensor

Nanotube bundle

Human nerve

- Carbon nanotubes— 1/10,000 as thick as a human hair—are the most efficient thermal and electrical conductors known.
- Nanotechnology will be used to create the water-resistant skin composite, shaped by lasers to be lifelike.
- FILMskin, a joint project of Oak Ridge National Laboratory and NASA, may also benefit burn victims.

ART BY BRYAN CHRISTIE
SOURCES: OAK RIDGE
NATIONAL LABORATORY; NASA

TIST'S
CEPTION

Carl A. Renowitzky
Santa Rita Jail
532 Broder Blvd
Dublin CA 94568

Office of the Clerk
US District Court of
California
50 Golden Gate Ave
San Francisco CA
94102

RECEIVED
SEP 04 2020
SUSAN Y. SOONG
CLERK US DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CLER450   941024017-1N   09/10/20
COUR450   941024017-1N   09/10/20

FP
US POSTAGE
$000.95º
First-Class
ZIP 94568
08/27/2020
036B 0011811239

