UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL A.R. HITLER,
aka CARL RENOWITZKY,

    Plaintiff,

    v.

PEOPLE OF THE UNITED STATES,

    Defendant.

Case No. 20-cv-07061-WHO (PR)

**ORDER OF DISMISSAL**

After plaintiff filed a complaint, the Clerk sent him a notice directing him to pay the filing fee or file an application to proceed *in forma pauperis* (IFP). Plaintiff has not complied with the Clerk's Notice. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen. Any such motion must contain a complete application to proceed IFP, or full payment for the $400.00 filing fee.

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:** November 30, 2020



_____
WILLIAM H. ORRICK
United States District Judge